TJS:CM
F.#2005R01248

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

OSTAP KAPELIOUJNYJ,
KRZYSZTOF SPRYSAK,
    also known as
    "Krzysztof Rumor" and
    "Krzysztof Zanin,"
LAJOS ABE BERGER,
    also known as
    "the Jew,"
MERAB MERABISHVILI,
TOMEK WOJTASCZYK,
RAFAL ZAJAC,
LUKASZ ZALEWSKI,
KRZYSTOF CZYZ,
PAWEL DROZDAL,
TERESA GRZYBEK,
PAWEL GUZAL,
SHALVA KARTVELISHVILI,
    also known as
    "Sasha,"
KRZYSZTOF KIELAN,
SEBASTIAN KULON,
KAROL LISZEWSKI,
ANDRZEJ MADEJ,
ADAM POTOCKI,
MACIEJ LNU,
TOMASZ LNU,
RAFAL LNU, and
FNU LNU, a white, Polish-speaking male,

               Defendants.

- - - - - - - - - - - - - - - - - - - X

U N S E A L I N G
O R D E R

05-CV-A035 (ARR)

       Application having been made on behalf of the UNITED STATES OF AMERICA, by Assistant United States Attorney Caren Myers, for an Order authorizing the government to disclose all orders, applications and affidavits, as well as all records obtained in connection with such orders, applications and

affidavits, to defense counsel in the above-captioned matter, and full consideration having been given to the matters set forth therein,

IT IS HEREBY ORDERED that the government may furnish copies of the orders, applications and affidavits listed below, and the records obtained pursuant thereto, to defense counsel in the above-captioned matter in regard to the following:

| DATE OF ORDER AND JUDGE | TYPE OF INTERCEPTION |
|---|---|
| September 28, 2005 (Ross, J.) | Wire communications over cellular telephone (212) 729-7495 |
| October 28, 2005 (Ross, J.) | Wire communications over cellular telephones (212) 729-7495 and (347) 228-2075 |
| November 30, 2005 (Ross, J.) | Wire communications over cellular telephones (347) 724-8797 and (718) 350-0368 |
| December 29, 2005 (Ross, J.) | Wire communications over cellular telephones (347) 724-8797 and (718) 350-0368 |
| January 26, 2006 (Ross, J.) | Wire communications over cellular telephone (347) 724-8797 and (718) 350-0368 |

Dated: Brooklyn, New York
       March 8th, 2006

THE HONORABLE ANLYNE R. ROSS
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

TJS:CM
F.#2005R01248

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

OSTAP KAPELIOUJNYJ,
KRZYSZTOF SPRYSAK,
    also known as
    "Krzysztof Rumor" and
    "Krzysztof Zanin,"
LAJOS ABE BERGER,
    also known as
    "the Jew,"
MERAB MERABISHVILI,
TOMEK WOJTASCZYK,
RAFAL ZAJAC,
LUKASZ ZALEWSKI,
KRZYZSTOF CZYZ,
PAWEL DROZDAL,
TERESA GRZYBEK,
PAWEL GUZAL,
SHALVA KARTVELISHVILI,
    also known as
    "Sasha,"
KRZYSZTOF KIELAN,
SEBASTIAN KULON,
KAROL LISZEWSKI,
ANDRZEJ MADEJ,
ADAM POTOCKI,
MACIEJ LNU,
TOMASZ LNU,
RAFAL LNU, and
FNU LNU, a white, Polish-speaking male,

    Defendants.

- - - - - - - - - - - - - - - - - -X

U N S E A L I N G
A P P L I C A T I O N

05-CV-A035 (ARR)

    The UNITED STATES OF AMERICA, by Assistant United States Attorney Caren Myers, herein applies for an Order authorizing the government to disclose all orders, applications and affidavits, as well as all records obtained in connection

with such orders, applications and affidavits, to defense counsel in the above-captioned matter in regard to the following:

| DATE OF ORDER AND JUDGE | TYPE OF INTERCEPTION |
|---|---|
| September 28, 2005 (Ross, J.) | Wire communications over cellular telephone (212) 729-7495 |
| October 28, 2005 (Ross, J.) | Wire communications over cellular telephones (212) 729-7495 and (347) 228-2075 |
| November 30, 2005 (Ross, J.) | Wire communications over cellular telephones (347) 724-8797 and (718) 350-0368 |
| December 29, 2005 (Ross, J.) | Wire communications over cellular telephones (347) 724-8797 and (718) 350-0368 |
| January 26, 2006 (Ross, J.) | Wire communications over cellular telephone (347) 724-8797 and (718) 350-0368 |

In support of this Application, the UNITED STATES OF AMERICA represents as follows:

1. On the dates of the orders set forth above, the presiding District Court Judge ordered, pursuant to 18 U.S.C. 2518, that the orders, applications, affidavits, proposed orders and all interim reports executed in connection with the identified interceptions be sealed. At the termination of the interceptions, the original records of the results of the electronic surveillance were sealed.

2. Section 2518(9) of Title 18, United States Code, requires that the government furnish defense counsel with copies of the orders, applications and affidavits prior to offering any recordings in evidence at any trial, hearing, or other

proceeding. In order to efficiently comply with the government's discovery obligations and to provide for the orderly and speedy reproduction of discovery materials, we seek authorization to furnish copies of the relevant orders, applications and affidavits, as well as the records of the electronic monitoring, to defense counsel.

WHEREFORE, the UNITED STATES OF AMERICA respectfully requests that the Court issue an Order granting this Application.

Dated: Brooklyn, New York
March 8, 2006

Caren Myers
Assistant U.S. Attorney
Eastern District of New York